FILED
Clerk
District Court

JAN 17 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**LAW OFFICES OF S. JOSHUA BERGER**
D'Torres Building, Garapan
P. O. Box 504340
Saipan, MP 96950
Phone (670) 235-8060   Fax 235-8070

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
OF THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CIVIL CASE NO. 98-0059 |
| Plaintiff, | |
| vs. | **MOTION FOR ORDER TO SHOW CAUSE** |
| MARIA M. INDALECIO, | |
| Defendant. | |

COMES NOW the Plaintiff, by and through the undersigned attorney, and hereby respectfully requests that this Court enter an Order directed to Defendant ordering Defendant to appear before this Court to show cause why said Defendant should not be held in contempt of this Court by virtue of Defendant's failure to comply with the Amended Installment Payment Order of this Court dated July 7th 2003.

As grounds for this Motion, Plaintiff avers that the said Order required Defendant to pay Judgment as follows:

$100.00 beginning on June 30, 2003 and continuing thereafter at
$100.00 by the last day of each month until Plaintiff is paid in full.

Defendant has failed to comply with the said Order in that Defendant's last payment was on November 2, 2005 and is currently $600.00 behind in her payments.

DATED this 12th day of ~~December, 2005~~ January 2006.

_____
S. JOSHUA BERGER - F0173
Attorney for Plaintiff