**LAW OFFICES OF S. JOSHUA BERGER**
D'Torres Building, Garapan
P. O. Box 504340
Saipan, MP 96950
Phone (670) 235-8060   Fax 235-8070

*Attorney for Plaintiff*

FILED
Clerk
District Court
JAN 1 8 2006
For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
OF THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>MARIA M. INDALECIO,<br><br>     Defendant. | CIVIL CASE NO. 98-0059<br><br>**ORDER TO SHOW CAUSE** |

TO:   **MARIA M. INDALECIO**

YOU ARE HEREBY ORDERED to appear before this Court on ___FEB 2 3 2006___, at the hour of _8:30 a.m._ of the said date, then and there to show cause why you should not be held in contempt of this Court by virtue of your alleged failure to comply with the Order of this Court dated July 7th 2003.

YOUR FAILURE TO APPEAR MAY SUBJECT YOU TO ARREST UPON A WARRANT OF THIS COURT.

DATED _____JAN 1 8 2006_____.

ALEX R. MUNSON
CHIEF JUDGE

RECEIVED
JAN 1 8 2006
Clerk
District Court
For The Northern Mariana Islands