F I L E D
Clerk
District Court

FEB 15 2006

**IN THE DISTRICT COURT**
**FOR THE**
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

For The Northern Mariana Islands
By_____
(Deputy Clerk)

_The United States of America_
                Plaintiff,

        -v-

_Maria M. Indalecio_
                Defendant.

Civil Action No. _98_ - _0059_

Small Claims No. _____ - _____

**DECLARATION OF SERVICE**

I hereby declare, under penalty of perjury, that on the _31st_ day of _January_ 2006, at _12:25_ _p_.m. I personally served upon _Maria M. Indalecio_ . a true copy and correct of the:

[ ]    **Summons and Complaint**
[ ]    **Order in Aid of Judgment**
[✓]    **Motion for Order to Show Cause**
[ ]    **Order dated** _____, _____.
[ ]    **Other (specify)** _____ in the above captioned matter.

Service was made as follows:
[✓]    By delivering it to the aforesaid person.
[ ]    By delivery it at the aforesaid person's usual residence with _____ who is over the age of 18 and who is also resides there.
[ ]    By delivering it to _____, who is an officer or managing agent of the above-named individual or corporation.
[ ]    By faxing it at the aforesaid person's legal counsel _____

The place where said service was made: _Parking lot of D'Torres BLDG, Garapan_

The charge for the service is $ _10.—_

Dated this _14th_ day of _February_ , 2006.

_____
Acknowledgment of Receipt

Hearing Date: _February 23rd_, 2006.
        @ _8:30 a.m._

**Micheline W. Brel**
Name of Process server

_Micheline Brel_
Signature