**LAW OFFICES OF S. JOSHUA BERGER**
D'Torres Building, Garapan
P. O. Box 504340
Saipan, MP 96950
Phone (670) 235-8060   Fax 235-8070

*Attorney for Plaintiff*

F I L E D
Clerk
District Court

FEB 2 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
OF THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CIVIL ACTION NO. 98-0059 |
| Plaintiff, | |
| vs. | **NOTICE OF SATISFACTION OF JUDGMENT** |
| MARIA M. INDALECIO, | |
| Defendant. | |

COMES NOW the Plaintiff in the above-captioned matter, by and through its attorney, S. Joshua Berger, and hereby notes that the Judgment which had been rendered in favor of Plaintiff and against Defendant in the above-captioned matter has been paid, satisfied and discharged in full.

DATED this 22nd day of February, 2006.

_____
S. JOSHUA BERGER - F0173
Attorney for Plaintiff