IN THE UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CIVIL CASE NO. 98-0059 |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| MARIA M. INDALECIO, | § | |
| | § | |
| Defendant. | § | |

## ASSIGNMENT OF JUDGMENT

For valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and U.S. Small Business Administration, an agency of the United States government, herein called ("Assignor") hereby sells, transfers, assigns, delivers, and sets over to LPP MORTGAGE LTD. f/k/a LOAN PARTICIPANT PARTNERS, LTD., a Texas limited partnership ("Assignee"), whose address is 6000 Legacy Drive, Plano, Texas 75024, all of Assignor's right, title, and interest, if any, in and to that certain Consent Judgment in the in the United States District Court for the Commonwealth of the Northern Mariana Islands, in favor of LPP Mortgage Ltd., f/k/a Loan Participant Partners, Ltd., successor to the United States Small Business Administration, Plaintiff, and against Maria M. Indalecio, Defendants, Civil Case No. 98-0059, recorded by the Clerk of the District Court for the Northern Mariana Islands on December 3, 1998 in the principal amount of $2,307.16 plus accrued interest in the sum of $741.83, and interest thereafter to date of judgment at the rate of 4.0 percent per annum, and interest from the date of judgment at the legal rate until paid in full; together with costs, including $150.00 in filing fees; administrative fees in the amount of $91.47; fees; together with any additional costs as the Court deemed just and proper.

To Have and to Hold unto Assignee, its successors and assigns forever.

This Transfer is made WITHOUT RECOURSE, REPRESENTATION, OR WARRANTY, EXPRESS OR IMPLIED.

Barcode: 160851
Maria Indalecio

IN WITNESS WHEREOF, Assignor has caused this Assignment to be executed this _12th_ day of _June_, 2006.

U.S. Small Business Administration, as Assignor

By: _Richard C Blewett_
Printed Name: _RICHARD C. BLEWETT_
Title: _DIRECTOR_

## ACKNOWLEDGMENT

STATE OF _Virginia_         §

COUNTY OF _Fairfax_         §

Before me, the undersigned, a Notary Public, on this day personally appeared _Richard C. Blewett_, who is personally well known to me (or sufficiently proven) to be the _Director_ for the U.S. Small Business Administration acting, and the person who executed the foregoing instrument by virtue of the authority vested in him/her, and s/he acknowledged to me that s/he executed the same for the purposes and consideration therein expressed and in the capacities therein stated.

Given under my hand and seal this _12th_ day of _June_, 2006.

Notary Public _Carlos J. Ortiz_
My commission expires: _3/31/09_

CARLOS J. ORTIZ
Notary Public
Commonwealth of Virginia
My Commission Expires Mar 31, 2009

Barcode: 160851
Maria Indalecio