IN THE UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,         §
                                  §
        Plaintiff,                §   CIVIL CASE NO. 98-0059
                                  §
vs.                               §
                                  §
MARIA M. INDALECIO,               §
                                  §
        Defendant.                §

## SATISFACTION OF JUDGMENT

Know All Men By These Presents:

That, LPP Mortgage Ltd., the assignee of the rights of the beneficiary is the owner and holder of a certain Consent Judgment in the United States District Court for the Commonwealth of the Northern Mariana Islands, in favor of LPP Mortgage Ltd. f/k/a Loan Participant Partners, Ltd., successor to the United States Small Business Administration, Plaintiff, and against Maria M. Indalecio, Defendants, Civil Case No. 98-0059, recorded by the Clerk of the District Court for the Northern Mariana Islands on December 3, 1998 in the principal amount of $2,307.16 plus accrued interest in the sum of $741.83, and interest thereafter to date of judgment at the rate of 4.0 percent per annum, and interest from the date of judgment at the legal rate until paid in full; together with costs, including $150.00 in filing fees; administrative fees in the amount of $91.47; fees; together with any additional costs as the Court deemed just and proper.

Hereby acknowledge Satisfaction of said Consent Judgment, and surrender the same as canceled and hereby direct the Clerk of the District Court to cancel the same of record. WITNESS my hand and seal, this 23 day of June, 2006.

_____
Linda Hilton, Witness

LPP Mortgage Ltd.
By: Property Acceptance Corp.
    General Partner

_____
Clark E. Enright, Sr. Vice President
Beal Service Corporation
Authorized Representative

ACKNOWLEDGEMENT

STATE OF TEXAS        }
COUNTY OF COLLIN      }

I hereby certify that on this 23 day of June, A.D. 2006 before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared Clark E. Enright, the Senior Vice-President of Beal Service Corporation, Authorized Representative of Property Acceptance Corp., General Partner of LPP Mortgage Ltd., to me known to be the person described in and who executed the foregoing instrument and acknowledged before me that he executed the same.

_____
Notary Public: Shanda Dick

SHANDA DICK
Notary Public, State of Texas
My Commission Exp. 02-28-2009

BC # 160851
Borrower: Maria Indalecio